PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 21-184 "A"

USA vs.

Defendant: JERALD ALEXANDER

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Address: In federal custody

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ashley Guidry
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): J. Benjamin Myers

☐ Interpreter Required   Dialect: _____

Birth Date: 1985
☑ Male ☐ Female
☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA William Lawrence Johnson, III, DEA

Social Security Number: xxx-xx-4222

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
22-MJ-39

Place of offense: Tangipahoa Parish   County

### DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Stephen H. Shapiro
☐ FPD ☑ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 4   (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21 U.S.C. §§ 841(a)(1), 846 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances | 1 |
| 4 | 21 U.S.C. § 841(a)(1), 841(b)(1)(D) | Possession with Intent to Distribute Marijuana | 23 |
| 4 | 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 24 |
| 4 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | 25 |