MINUTE ENTRY
ZAINEY, J.
OCTOBER 4, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-184 |
| BRANDON BAKER | SECTION: "A" |

## REARRAIGNMENT

Case Manager: Dena White and Jennifer Schouest
Court Reporter: Karen Ibos
Judicial Assistant: Pamela Angelette

APPEARANCES:
    James Benjamin Myers, Counsel for the government
    Shaun Clarke, Counsel for defendant
    Hugo Mejia, U.S. Probation Officer
    Brandon Baker, Defendant

Case called: 10:31 a.m.
Defendant present to withdraw former plea of Not Guilty and enter a plea of Guilty as to count 1s of the Second Superseding Indictment.
Defendant was sworn and questioned by the Court.
Reading of Superseding Indictment waived and summarized.
Defendant informed of rights to trial by jury or the court and waived same.
Defendant informed of the maximum penalties.
Defendant informed of the sentencing guidelines.
Defendant entered a plea of guilty.
Government authenticates Plea Agreement with attachment A and same is ordered filed into the record. Attachment A to be filed UNDER SEAL.
Government authenticates Factual Basis and same is ordered filed into the record.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentence investigation is ORDERED.
Sentencing set for **January 10, 2023, at 10:00 a.m.**
Defendant remanded to the custody of the U.S. Marshal.
The pretrial conference and trial of this defendant are cancelled.
Hearing completed: 10:53 a.m.

JS-10: 0:22