UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-184 |
| v. | * | SECTION: "A" |
| BRANDON BAKER | * | |
| | * | |

* * *

## FACTUAL BASIS

The above-named defendant, BRANDON BAKER ("BAKER"), has agreed to plead guilty to Count 1 of the Second Superseding Indictment in the above captioned case. Should this matter proceed to trial, the United States would prove beyond a reasonable doubt, through credible testimony and reliable evidence, the following facts. Unless stated otherwise, these acts occurred in the Eastern District of Louisiana:

Drug Enforcement Administration ("DEA") agents began investigating BAKER in September 2021 in connection with drug trafficking activities in Tangipahoa Parish, Louisiana. The investigation included court authorized Title III wiretaps, surveillance footage from pole cameras, and walled off traffic stops. The investigation revealed that BAKER received and distributed street-level quantities of narcotics, including methamphetamine and heroin, from his primary source of supply.

BAKER was observed via pole camera surveillance conducting hand-to-hand narcotics transactions on multiple occasions. At approximately 11:28 a.m. on October 26, 2021, agents witnessed BAKER conduct a hand-to-hand drug transaction with an elderly female on McGee Road in Natalbany, Louisiana. At approximately 11:58 a.m. on October 27, 2021, agents observed

AUSA _____
Defendant _____
Defense Counsel _____

BAKER conduct a hand-to-hand drug transaction with a pregnant female. Co-conspirator Michael ALEXANDER, JR. ("ALEXANDER, JR.") was seen standing next to BAKER while this drug transaction occurred.

On November 11, 2021, at approximately 3:00 p.m., Drug Enforcement Administration (DEA) agents were again conducting surveillance over the McGee Road pole camera. Agents observed a blue Nissan Versa, bearing Louisiana tag 945 DQE, located on McGee Road. Agents had observed this vehicle several times at this location and knew that it was utilized by ALEXANDER, JR. At approximately 3:15 p.m., agents witnessed Louis BELLS, Jr. ("BELLS") enter the rear driver side seat of the Nissan Versa, quickly followed by ALEXANDER, JR., who entered the front driver seat of the vehicle.

At approximately 3:22 p.m., agents observed BAKER get into the front passenger side seat of the vehicle. A short time later, a white SUV driven by an unknown male arrived on McGee Road and pulled up next to the Nissan Versa. For a couple of minutes, the unknown male in the white SUV engaged in a conversation with ALEXANDER, JR., who was still located in the blue Nissan.

At approximately 3:24 p.m., agents twice observed a handgun being pointed by BELLS from the rear passenger side window and towards the unknown male in the white SUV. BELLS then exited the Nissan Versa with the handgun, walked up to the unknown male in the white SUV and placed the weapon to his head. This sequence of events was captured clearly on pole camera footage.

Based on what agents had just witnessed, agents arranged for Tangipahoa Parish Sheriff's Office (TPSO) deputies to make a traffic stop of the Nissan Versa driven by ALEXANDER, JR.,

AUSA 
Defendant
Defense Counsel

with BELLS and BAKER as passengers. At approximately 5:17 p.m., TPSO deputies initiated a traffic stop of the vehicle at a gas station located at 48012 Louisiana Highway 1065, Tickfaw, Louisiana.

When the stop was made, deputies witnessed BAKER attempting to raise his buttocks up from the passenger seat of the vehicle at least three times. Thus, deputies conducted a pat-down search of BAKER. The search of BAKER revealed that he had a bag containing small quantities of narcotics, including methamphetamine and heroin, inside his pants.

Thus, between March 20, 2019, and March 30, 2022, the defendant, BAKER, did knowingly and intentionally combine, conspire, confederate and agree with other persons, to distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

For purposes of the federal sentencing guidelines, the parties stipulate that BAKER is responsible for at least 2 grams but less than 3 grams of methamphetamine (actual).

AUSA 
Defendant
Defense Counsel

## Limited Nature of Factual Basis

This proffer of evidence is not intended to constitute a complete statement of all facts, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for BAKER's plea of guilty to the charged offense.

_____ 10/4/22  _____ 10/4/22
BRANDON BAKER        (date)       J. BENJAMIN MYERS      (date)
Defendant                          Assistant United States Attorney

_____ 10/4/22
SHAUN G. CLARKE      (date)
Counsel for Defendant