MINUTE ENTRY
ZAINEY, J.
FEBRUARY 28, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 21-184 |
| BRANDON BAKER | SECTION: "A" |

### SENTENCING

Court Reporter: Jodi Simcox
Case Manager: Jennifer Schouest Limjuco
Judicial Assistant: Pamela Angelette

APPEARANCES:
  James Benjamin Myers, AUSA, Counsel for the government
  Shaun G. Clarke, Counsel for defendant
  Renee Williams, U.S. Probation Officer
  Brandon Baker, Defendant

Case called: 11:48 a.m.
Defendant was present.
Statement by defendant in mitigation of sentence.
Statement by defendant's counsel in mitigation of sentence.
Defendant's Request for Downward variance is denied.
Defendant sentenced to Count 1 of the Second Superseding Indictment.
Counts 1 and 19 of the First Superseding Indictment and Count 19 of the Second Superseding Indictment dismissed on motion of the USA.
See Judgment.
Defendant remanded to the custody of the U. S. Marshal.
Hearing completed: 12:12 p.m.

JS-10:  0:24